IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

MAR 18 2020

Clerk, U S District Court
District Of Montana
Billings

GARDINER-PARK COUNTY
WATER AND SEWER DISTRICT,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

18-CV-100-BLG-SPW

ORDER OF DISMISSAL

Upon consideration of the joint stipulation for dismissal filed by plaintiff and defendant,

IT IS HEREBY ORDERED that all claims of plaintiff, Gardiner-Park County Water and Sewer District, against defendant, United States of America, are dismissed with prejudice as fully compromised and settled on the merits, with each party to bear its own costs and expenses.

DATED this 17th day of March, 2020

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge